IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND J. CARTER,

      Petitioner,

v.                                            CASE NO. 1:09-cv-00127-MP-AK

WALTER A. MCNEIL,

      Respondent.

_____/

# O R D E R

      This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The Magistrate issued the Report on June 3, 2009. Petitioner has filed no objection to the Report, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that transfer to the Middle District is appropriate. Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      The Report and Recommendation of the Magistrate Judge (Doc. 5) is ADOPTED and incorporated herein, and this case is TRANSFERRED to the United States District Court for the Middle District of Florida for all further proceedings.

      **DONE AND ORDERED** this *8th* day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge